648

Robert S. Edmonds and George S. Robinson, Appellees, v. George Heil and Myrtle G. Heil, Appellants.

Gen. No. 44,061.

opinion filed February 17, 1948; released for publication March 9, 1948. Vogel and Bunge, for appellants; L. H. Vogel, and Forrest S. Blunk, of counsel; Edmund M. Sinnott, and Joseph F. Sheen, for appellees. Opinion by JUSTICE SULLIVAN. Not to be published in full.

Peter S. Sarelas, Appellant, v. Peter George Liakopoulos, Gust Scopos, and Peter N. Karabatsos, Appellees.

Gen. No. 43,966.

opinion filed February 25, 1948; rehearing denied March 25, 1948; released for publication March 25, 1948. Alfred M. Loeser, for appellant; Frank J. Link, for certain appellee; Theodore Sharf, of counsel; D. A. Tasiopoulos, for certain other appellee. Opinion by PRESIDING JUSTICE LEWE. Not to be published in full.